UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHESAPEAKE INTERNATIONAL ENTERTAINMENT, S.A.,

Plaintiff,

v.

ROBLOX CORPORATION,

Defendant.

No. 26-MC-00155 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to issue the requested subpoena in this case.

SO ORDERED.

Dated: October 1, 2026
New York, New York

Ronnie Abrams
United States District Judge